UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YORDANOS TESFAY,                           :
                                           :
                    Plaintiff,             :    Civil Action No.:
                                           :
    - against -                            :    **NOTICE OF REMOVAL**
                                           :
HANESBRANDS INC.                           :    (New York Supreme Court,
                                           :    County of New York,
                    Defendant.             :    Index No. 651545/2019)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that Defendant Hanesbrands Inc. ("Hanes"), by and through its counsel, Proskauer Rose LLP, respectfully notices removal of this action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, defendant respectfully states:

## BACKGROUND

1.      On March 13, 2019, Plaintiff Yordanos Tesfay ("Tesfay") filed a Summons with Complaint in the Supreme Court of the State of New York, County of New York. On March 15, 2019, Tesfay served the Summons with Complaint upon a statutory agent, the Secretary of State of the State of New York, pursuant to New York Business Corporation Law § 306. Hanes's actual agent, United Agent Group, received the Summons with Complaint on April 8, 2019. United Agent Group sent Hanes the Summons with Complaint on April 9, 2019. A copy of the Summons with Complaint that Hanes received from United Agent Group is attached as Exhibit A.

2.      The Complaint alleges that Tesfay entered into a contract for professional modeling services with Hanes around June 11, 2008 (the "Contract"), which allowed Hanes to

use Tesfay's image on the Internet and in other media, subject to the terms of the Contract. Compl. ¶¶ 7-8. The Complaint further alleges that the Contract was renewed through May 15, 2012. *Id.* ¶¶ 12-13. According to the Complaint, Tesfay's image appeared on two websites as of March 5, 2019, and Tesfay claims this continued use of her image breaches the Contract. *Id.* ¶¶ 17-20. Tesfey brings three causes of action against Hanes: breach of contract; unjust enrichment; and violation of New York Civil Rights Law § 51. *Id.* ¶¶ 21-34. Tesfay seeks damages estimated at no less than $1,000,000 and injunctive relief against the use of her image. *Id.* ¶¶ 25, 31, 34.

## GROUNDS FOR REMOVAL

3.      Hanes removes this action pursuant to 28 U.S.C. § 1441(a). First, the Plaintiff and Defendant are citizens of different states. Plaintiff Tesfay is a citizen and resident of New York. *Id.* ¶ 1. Defendant Hanes is a corporation incorporated in Maryland, with its headquarters and principal place of business located in North Carolina. *Id.* ¶¶ 2-3. Second, the matter in controversy exceeds $75,000. Tesfay seeks damages "estimated at no less than $1,000,000.00." *Id.* ¶¶ 25, 31, 34. As such, this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1).

4.      This Court is the district court embracing the Supreme Court for the State of New York, County of New York and, therefore, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

5.      The date of filing of this Notice of Removal is within thirty days of Hanes's receipt of the Summons with Complaint, and therefore, this Notice of Removal is being filed in a timely manner pursuant to 28 U.S.C. § 1446(b)(1). The thirty-day period to remove under § 1446(b)(1) runs from the date the defendant receives the pleading, not the date on which the plaintiff serves the statutory agent (i.e., the New York Secretary of State). *See, e.g., McCulloch*

2

*Orthopedic Surgical Servs., PLLC v. United Healthcare Ins. Co.*, 2015 WL 3604249, at *3 (S.D.N.Y. June 8, 2015); *Fernandez v. Hale Trailer Brake & Wheel*, 332 F. Supp. 2d 621, 624-25 (S.D.N.Y. 2004).  Hanes's actual agent received the Summons with Complaint on April 8, 2019, and Hanes itself received the Summons with Complaint on April 9, 2019.  *See* Exhibit A.  As such, removal on this date (April 30, 2019) is within § 1446(b)(1)'s thirty-day removal period.

6.    Promptly after filing this Notice of Removal, a true copy of this Notice will be given to Tesfay and filed with the Supreme Court of the State of New York, County of New York, pursuant to 28 U.S.C. § 1446(d).

7.    By filing this Notice of Removal, Hanes does not waive any defenses which may be available to it, including, without limitation, lack of personal jurisdiction, improper venue, insufficiency of process, failure to state a claim, and any other procedural or substantive defenses available under state or federal law.  Nor does Hanes waive any rights to appeal.

WHEREFORE, Hanes respectfully prays that this action proceed as a matter properly removed to this Court.


Dated: May 1, 2019                                    Respectfully submitted,

                                                      /s/ *Alexander Kaplan*
                                                      Sandra A. Crawshaw Sparks
                                                      Alexander Kaplan
                                                      Russell L. Kostelak
                                                      PROSKAUER ROSE LLP
                                                      Eleven Times Square
                                                      New York, New York 10036
                                                      212-969-3000
                                                      scrawshaw@proskauer.com
                                                      akaplan@proskauer.com
                                                      rkostelak@proskauer.com

                                                      *Attorneys for Defendant Hanesbrands Inc.*

To: Attorney for Plaintiff

Natraj S. Bhushan, Esq.
TURTURRO LAW, P.C.
1602 McDonald Avenue
Brooklyn, NY 11230
718-384-2323

*Attorney for Plaintiff*
*Yordanos Tesfay*