# Exhibit A

# (Computershare

Computershare Governance Services, Inc.
100 Beard Sawmill Road, Shelton, CT 06484

Hanesbrands Inc.
Beth McCall
Hanesbrands Inc.
100 East Hanes Mill Road
Winston Salem   NC   27105

April 9, 2019

# SERVICE OF PROCESS NOTICE

**Item:** 2019-51

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

| | | |
|---|---|---|
| 1. | **Client Entity:** | Hanesbrands Inc. |
| 2. | **Title of Action:** | Yordanos Tesfay vs. Hanesbrands Inc. |
| 3. | **Document(s) Served:** | Summons with Complaint<br>Complaint<br>Notice of Electronic Filing |
| 4. | **Court/Agency:** | New York County Supreme Court |
| 5. | **State Served:** | New York |
| 6. | **Case Number:** | 651545/2019 |
| 7. | **Case Type:** | Breach of Contract |
| 8. | **Method of Service:** | Certified Mail |
| 9. | **Date Received:** | Monday 4/8/2019 |
| 10. | **Date To Client:** | Tuesday 4/9/2019 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | See Notes    CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial<br>See Notes    deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches<br>the Date Received. |
| 12. | **SOP Sender:**<br>(Name, City, State, and Phone Number) | Natraj S. Bhushan, Esq.<br>Brooklyn, NY<br>718-384-2323 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 331 |
| 16. | **Notes:** | Please review the enclosed documents in order to calculate the response due date.<br>Please note that this document was served upon the Secretary of State on 03/15/2019 and United Agent Group received it on 04/08/2019. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At ComputerShare, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by ComputerShare Governance Services, Inc.

State of New York - Department of State
Division of Corporations

Party Served:                                  Plaintiff/Petitioner:
 HANESBRANDS INC.                                TESFAY, YORDANOS


C/O UNITED AGENT GROUP INC.
15 NORTH MILL STREET
NYACK,  NY 10960


Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of
State on 03/15/2019 pursuant to SECTION 306 OF THE BUSINESS CORPORATION LAW.
 This copy is being transmitted pursuant to such statute to the address
provided for such purpose.


                                          Very truly yours,
                                      Division of Corporations

FILED: NEW YORK COUNTY CLERK 03/13/2019 08:34 PM

NYSCEF DOC. NO. 1

INDEX NO. 651545/2019

RECEIVED NYSCEF: 03/15/2019

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Date Summons
Filed:3/15/2019

---

YORDANOS TESFAY,

Index No.:

                       Plaintiffs,

**SUMMONS WITH**
**COMPLAINT**

-against-

HANESBRANDS, INC.,

                       Defendant.

---

**To Defendant HanesBrands, Inc.:**
HanesBrands, Inc.
1000 East Hanes Mill Road
Winston-Salem, NC 27105

      **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney an answer to the Verified Complaint in this action within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York). In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the Complaint. The basis of venue is CPLR § 503, which is the parties' residence.

Dated: March 15, 2019
      New York, NY

Yours, etc.

**TURTURRO LAW, P.C.**

By: /s/ Natraj S. Bhushan, Esq.
Natraj S. Bhushan, Esquire
1602 McDonald Avenue
Brooklyn, NY 11230
Tel.: 718-384-2323
*Attorneys for Plaintiff*

1

FILED: NEW YORK COUNTY CLERK 03/13/2019 08:34 PM    INDEX NO. 651545/2019

NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 03/15/2019

SUPREME COURT OF THE CITY OF NEW YORK    Index No.:
COUNTY OF NEW YORK

---

YORDANOS TESFAY,

Plaintiff,

-against-

**COMPLAINT**

PHANESBRANDS, INC.,

Defendant.

---

The Plaintiff, Yordanos Tesfay ("Plaintiff"), by and through her attorneys, Turturro Law, P.C., as and for her Complaint, alleges as follows:

## The Parties

1. At all relevant times referred to herein, the plaintiff, Yordanos Tesfay, was, at the time the Agreement (as that term is defined below) was entered into, an individual residing in the State of New York, County of Kings.

2. Upon information and belief, defendant HanesBrands, Inc. ("Hanes"), was, and is, a corporation duly created under and by virtue of the laws of the State of Maryland.

3. Upon information and belief, defendant Hanes maintains its headquarters and principle place of business in the State of North Carolina.

4. Upon information and belief, Hanes acquired Playtex in 2007 and is the parent company of the Playtex brand directly responsible for manufacturing, marketing, advertising and selling of the Playtex branded goods.

## Background on Yordanos Tesfay

5. Yordanos Tesfay modeled under the name Jordan Tesfay ("Jordan").

6. Jordan is a Canadian model, actress, and entrepreneur; as a model, she is best

2

FILED: NEW YORK COUNTY CLERK 03/13/2019 08:34 PM
NYSCEF DOC. NO. 1

INDEX NO. 651545/2019
RECEIVED NYSCEF: 03/15/2019

known for being the first full-figured fashion model to become a COVERGIRL. She modeled in a national campaign for Canadian Retailer Addition-Elle in 2004 and then went on to model for companies such as Playtex, Levi's, Bloomingdales, Nordstrom and Macy's. Tesfay has also appeared on the cover of Plus Model Magazine in 2010 and was also featured in Vogue.

### The Agreement and Renewal

7. Plaintiff and Defendant entered into a contract (the "Agreement") on or about June 11, 2008 for the Plaintiff's professional modeling services on a professional photo shoot in New York, New York.

8. These modeling services included posing for photographs wearing the Defendant's product, and for the "General Use" (as defined by the agreement) of these photographs during the "General Use Period" (defined by the Agreement as one year from the first Commercial Use of Plaintiff's image).

9. For her completed work, as well as the one year General Use of her image, Plaintiff was paid an "Initial Fee" of $15,000.00 plus a 20% agency fee.

10. The Agreement provided for a "Renewal Period" option allowing Defendant to renew their right to use Plaintiff's image for additional one-year consecutive periods.

11. Per the Agreement, Plaintiff was to be paid and additional $10,000.00 plus 20% agency fee for each one-year renewal period.

12. Defendant sent a "Usage Renewal Request" to Plaintiff on August 16, 2011, stating that the "Usage Cost" would be $10,000.00 plus a 20% agency fee. This request also stipulates that the "Renewal Usage Start/End Date" would be May 15, 2011 until May 15, 2012.

13. No other Renewal Requests were executed between Plaintiff and Defendant.

3

FILED: NEW YORK COUNTY CLERK 03/13/2019 08:34 PM

NYSCEF DOC. NO. 1

INDEX NO. 651545/2019

RECEIVED NYSCEF: 03/15/2019

## Internet Usage

14. The Agreement specifically defines Permissible Uses and General Uses to include, but does not limit to, "All Internet uses, including advertising and display on web sites designated by Client and on web sites owned by Client's customers."

15. The term Client is defined in the Agreement as being Playtex and, upon information and belief, Sears and Kmart are two such customers of Playtex.

16. The "Usage Renewal Request" further stipulates that all General Uses, including "Internet," are permitted uses under the renewal.

17. Despite the fact that, as of May 15, 2012, Defendant was no longer entitled to use Plaintiff's image, during a recent search that was made by Plaintiff on March 1, 2019 under her name, the following images from the original photo shoot appeared in use on multiple customer web sites selling Defendant's product:[1]



---

[1] *See e.g.*, https://www.sears.com/playtex-18-hour-comfort-lace-wire-free-4088/p-018VA7479301P?ef_id=EAIaIQobChMIvs7Sm-Dt4AIVRODICh2K-g5oEAkYBCABEgIUC_D_BwE:G:s&s_kwcid=AL!8592!3!317855407574!!!g!296763230824!&sid=IDx01192011x000001x1651396726&utm_campaign=9003564&utm_group=68995621851-317855407574&utm_term=pla-296763230824&gclid=EAIaIQobChMIvs7Sm-Dt4AIVRODICh2K-g5oEAkYBCABEgIUC_D_BwE (last visited on March 5, 2019); *see also*, https://www.kmart.com/playtex-18-hour-comfort-lace-wire-free-4088/p-018VA7479301P?prdNo=8&blockNo=8&blockType=G8 (last visited on March 5, 2019).

4

FILED: NEW YORK COUNTY CLERK 03/13/2019 08:34 PM          INDEX NO. 651545/2019
NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 03/15/2019

18. Further, as per a June 21, 2012 email from Defendant, Hanes affirmatively stated to Plaintiff's then modeling agent that, "the brand team has confirmed that all images of Jordan have been disco'd and are no longer in use. We will not need to renew usage for the coming year."

19. Accordingly, Defendant, by its own admission, waived any rights to a renewal and, any post June 2012 "General Use" of Plaintiff's images remain unauthorized and without the consent of Plaintiff.

20. In short, Defendant has been commercially using Plaintiff's images for a period of nearly seven (7) years without compensating Plaintiff all while ostensibly making millions of dollars off of Playtex items sold with Jordan's image on said items.

### AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANTS
(BREACH OF CONTRACT)

21. Plaintiff repeats and re-alleges paragraphs 1 through 20 as if fully repeated and set forth at length herein.

22. As stated above, Defendant entered into an Agreement with Plaintiff for modeling services and the commercial use of her image.

23. Plaintiff performed all of her obligations pursuant to the Agreement.

24. Defendant impermissibly continued to use Plaintiff image, without compensating her per the terms of the Agreement, beginning in May 2012.

25. As a result of the foregoing, Plaintiff is entitled to a judgment, declaring and adjudging that binding agreements exist between the parties, that Defendant is in breach thereof, directing Defendant to pay to Plaintiff compensatory damages in an amount to be determined at trial, but estimated at no less than $1,000,000.00.

5

FILED: NEW YORK COUNTY CLERK 03/13/2019 08:34 PM
NYSCEF DOC. NO. 1

INDEX NO. 651545/2019
RECEIVED NYSCEF: 03/15/2019

## AS AND FOR A SECOND CAUSE OF ACTION
### (UNJUST ENRICHMENT)

26. Plaintiff repeats and re-alleges paragraphs 1 through 25 as if fully repeated and set forth at length herein.

27. Defendant was enriched by the use of Plaintiff's image without compensation.

28. Defendant's enrichment was made at the expense of Plaintiff, who entered into an agreement stating she would be paid for the continued usage of her image.

29. Defendant knew of the benefit conferred upon them by Plaintiff.

30. As a result of the foregoing, the circumstances are in such that equity and good conscience, restitution should be made to Plaintiff.

31. As a result of the foregoing, Plaintiff is entitled to a judgment awarding Plaintiff damages in an amount to be determined at trial, but estimated at no less than $1,000,000.00.

## AS AND FOR A THIRD CAUSE OF ACTION
### (N.Y. Civ. Rights Law § 51)

32. Plaintiff repeats and re-alleges paragraphs 1 through 31 as if fully repeated and set forth at length herein.

33. As set forth above, Defendant has been using Plaintiff's image, likeness and picture for advertising or trade purposes within the State of New York (and, upon information and belief, throughout the United States of America) without Plaintiff's written consent.

34. As a result of the foregoing, Plaintiff is entitled to a judgment awarding Plaintiff compensatory and punitive damages in an amount to be determined at trial, but estimated at no less than $1,000,000.00; also, Plaintiff is also entitled to injunctive relief against the continued unauthorized use of her identity.

**WHEREFORE,** Plaintiff demands judgment in their favor of the Plaintiff

6

FILED: NEW YORK COUNTY CLERK 03/13/2019 08:34 PM
NYSCEF DOC. NO. 1

INDEX NO. 651545/2019
RECEIVED NYSCEF: 03/15/2019

a.   Awarding damages on all of he claims for damages in the amount to be determined at trial, but estimated at no less than $1,000,000.00 against the Defendant;

b.   Injunctive relief against the continued unauthorized use of her identity; and,

c.   Reasonable attorney fees, costs and disbursements of this action, including interest on any judgment awarded.

Dated: March 15, 2019
      New York, NY

Yours, etc.

**TURTURRO LAW, P.C.**

By: /s/ Natraj S. Bhushan, Esq.
Natraj S. Bhushan, Esquire.
1602 McDonald Avenue
Brooklyn, NY 11230
Tel.: 718-384-2323
*Attorneys for Plaintiff*

7

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** New York
-----------------------------------------------------------------------X
Yordanos Tesfay

                         Plaintiff/Petitioner,

         - against -                              Index No.651545/2019

HanesBrands, Inc.

                         Defendant/Respondent.
-----------------------------------------------------------------------X

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Commencement Case)**
**(Uniform Rule § 202.5-bb(a)(2)(v) and (vi))**

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, was required to file this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

       • serving and filing your documents electronically

       • free access to view and print your e-filed documents

       • limiting your number of trips to the courthouse

       • paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

Page 1 of 2                            EFM-1A

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing Commencement Documents is Mandatory)**

Attorneys representing a party must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 03/15/2019

| | |
|---|---|
| Natraj S Bhushan | 1602 McDonald Avenue |
| Name | Address |
| | |
| Turturro Law, P.C. | Brooklyn, NY 11230 |
| Firm Name | |
| | 718-384-2323 |
| | Phone |
| | |
| | Natraj@turturrolawpc.com |
| | E-Mail |

To: HanesBrands, Inc.

1000 East Hanes Mill Road

Winston-Salem, NC 27105

6/6/18

Index #                    Page 2 of 2                    EFM-1A

APR 0 8 2019